## REGINA M. PASQUALINI *v.* STATE BOARD OF FIREARMS PERMIT EXAMINERS

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 903 (AC 18308), is denied.

BERDON, J., dissenting. I would grant certification on the following issue: Did the Superior Court improperly dismiss this administrative appeal when the pro se appellant, Regina M. Pasqualini, failed to comply with the technical requirements of General Statutes §§ 52-46 and 52-46a by not allowing sufficient days for the return day when the defendant, the state board of firearms permit examiners, claimed no prejudice?

*Regina M. Pasqualini*, pro se, in support of the petition.

*Matthew B. Beizer*, assistant attorney general, in opposition.

Decided May 12, 1999

## STATE OF CONNECTICUT *v.* JUAN MALDONADO

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 702 (AC 18016), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Juan Maldonado*, pro se, in support of the petition.

*Eileen McCarthy Geel*, assistant state's attorney, in opposition.

Decided May 19, 1999